1  Anne L. Keck, State Bar No. 136315
   KECK LAW OFFICES
2  418 B Street, Suite 206
   Santa Rosa, California 95401
3  Telephone: (707) 595-4185
   Facsimile: (707) 657-7715
4  Email: akeck@public-law.org

5  Attorneys for Defendants
   the COUNTY OF TEHAMA
6  and former Sheriff's Deputy
   ED McCULLOUGH

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10  DREW GARDNER,                          No. 2:14-CV-02730-JAM-CMK

11          Plaintiff,                      **SECOND STIPULATION TO PROVIDE
                                            COUNTY DEFENDANTS AN
12      v.                                  EXTENSION OF TIME TO RESPOND
                                            TO THE COMPLAINT;
13  CALIFORNIA HIGHWAY PATROL, et al.,      ORDER**

14          Defendants.

15

16          This joint stipulation and request for entry of order is entered into by and between Plaintiff

17  Drew Gardner ("Plaintiff") and Defendants the County of Tehama, including its administrative

18  subdivision the Tehama County Sheriff's Department, and Ed McCullough, formerly a Tehama

19  County Sheriff's Deputy (collectively, the "County Defendants"), for the purpose of extending the

20  time in which the County Defendants may respond to the Complaint filed herein.  Specifically, the

21  parties request the Court to enter an order extending the time in which County Defendants may

22  respond to the Complaint (and any amended complaint) through and including April 30, 2015, or 30

23  days after filing and service of the amended complaint, whichever is longer.  The parties submit that

24  good cause supports this stipulation and request for entry of an order, as set out below.

25                                      **RECITALS**

26          A.      Plaintiff initially filed the Complaint in this action in the Tehama County Superior

27  Court on October 17, 2014.  This action was removed to this Court through a Notice of Removal

28

                                                 1

1    filed by Defendants the California Highway Patrol and CHP Officer Newman (the "CHP

2    Defendants") on November 19, 2014.

3           B.      The parties agree that all of the County Defendants were effectively served with the

4    Summons and Complaint in this matter as of January 22, 2015.  Thereafter, the parties entered an

5    initial stipulation to extend the time for County Defendants to respond to the Complaint through

6    March 5, 2015, pursuant to Local Civil Rule 144. (Dkt. No. 17.)  Under the terms of such stipulation,

7    the parties agreed that they would seek a Court order for a further extension of time if Plaintiff had

8    not filed an amended complaint by that date.  Pursuant to a stipulation with the CHP Defendants,

9    Plaintiff has agreed to file an amended complaint within 30 days after the Court's resolution of

10   Defendant Miller's motion to dismiss, which makes Plaintiffs' amended complaint due on or before

11   March 16, 2015. (See Dkt. No. 13.)  Plaintiff has not yet filed his amended complaint.

12          C.      The County Defendants have informed Plaintiff that they intend to file a motion to

13   dismiss in response to the Complaint.  These parties have been engaged in a meet and confer process

14   regarding the legal and factual issues relative to such motion, and County Defendants have provided

15   an outline and analysis of the issues with authorities for Plaintiff to review.  However, the parties

16   have not yet completed their meet and confer process on the issues.

17          D.      Under these circumstances, the parties to this stipulation agree that it would serve the

18   interests of justice to allow the County Defendants to dispense with their obligation to file a motion

19   to dismiss in response to the current Complaint on file herein, and instead allow them to respond to

20   Plaintiff's anticipated first amended complaint.

21          E.      In addition, counsel for County Defendants, Anne Keck, has filed a Notice of

22   Unavailability and has notified Plaintiff's counsel that she will not be available during the period

23   March 10-27, 2015, and thus will require additional time to review the amended complaint and

24   complete the meet and confer process prior to preparing and filing the motion to dismiss herein.

25   Plaintiff is amenable to providing County Defendants with additional time to address these issues

26   and accommodate Ms. Keck's schedule.

27          WHEREFORE, the parties to this stipulation hereby agree as follows:

28

2

Second Stipulation to Provide County Defendants
Extension of Time to Respond to the Complaint, *et al.*        USDC Case No.2:14-CV-02730-JAM-CMK

**STIPULATION**

1          1.      The parties request the Court to enter an order providing County Defendants with an

2 extension of time in which to respond to the initial Complaint and any amended complaint filed

3 herein through and including April 30, 2015, or 30 days after the filing and service of the amended

4 complaint, whichever is longer.

5          2.      Nothing in this Stipulation and request for order is intended to modify the other

6 matters addressed in any Court order unless expressly identified herein, nor does it preclude the

7 parties from seeking additional relief from this Court, to amend this stipulation and order or

8 otherwise.

9          Respectfully submitted,

Dated: March 5,  2015                KECK LAW OFFICES

By:____/s/ Anne L. Keck_____
        Anne L. Keck
        Attorneys for Defendants the County of Tehama
        and former Sheriff's Deputy Ed McCullough

Dated: March 5,  2015                BERG & ASSOCIATES

By:      /s/ Catherine Burns (as authorized on 3/5/15)
        Catherine Burns
        Attorneys for Plaintiff Drew Gardner

Second Stipulation to Provide County Defendants
Extension of Time to Respond to the Complaint, *et al.*         USDC Case No.2:14-CV-02730-JAM-CMK

1

**ORDER**

2          Pursuant to and in accordance with the foregoing Stipulation, and with good cause

3 appearing,

4          IT IS HEREBY ORDERED that County Defendants shall be provided with an extension of

5 time in which to respond to the initial Complaint and any amended complaint filed herein through

6 and including April 30, 2015, or 30 days after the filing and service of the amended complaint,

7 whichever is longer.

8          IT IS SO ORDERED.

9 Dated: 3/5/2015                                    /s/ John A. Mendez
                                                     HONORABLE JOHN A. MENDEZ
10                                                   United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Second Stipulation to Provide County Defendants
Extension of Time to Respond to the Complaint, *et al.*                    USDC Case No.2:14-CV-02730-JAM-CMK