Anne L. Keck, State Bar No. 136315
KECK LAW OFFICES
418 B Street, Suite 206
Santa Rosa, California 95401
Telephone: (707) 595-4185
Facsimile: (707) 657-7715
Email: akeck@public-law.org

Attorneys for Defendants the
COUNTY OF TEHAMA and
former Tehama Co. Sheriff's
Deputy ED McCULLOUGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DREW GARDNER, | Case No.: 2:14-CV-02730-JAM-CMK |
|---|---|
| Plaintiff, | **COUNTY DEFENDANTS' REQUEST TO SEAL DOCUMENTS PREVIOUSLY FILED IN THE COURT'S PUBLIC RECORDS; [PROPOSED] ORDER** |
| vs. | |
| CALIFORNIA HIGHWAY PATROL, *et al.*, | [No Hearing Required] |
| Defendants. | Judge:   Honorable John A. Mendez |

TO THE HONORABLE JOHN A. MENDEZ, UNITED STATES DISTRICT COURT JUDGE:

Defendants the County of Tehama and Ed McCullough, formerly a Tehama County Sheriff's Deputy (collectively, "County Defendants"), request an order from the Court pursuant to Civil Local Rule 141 to seal certain documents previously filed in the Court's public records, as such documents contain personal identifying information of individuals which is irrelevant to the disputed issues in this case. Notice of the request to seal such records has been filed in the Court's public records on September 4, 2015 (*see* County Defendants' Notice of Request to Seal Documents Previously Filed in the Court's Public Records, Dkt. No. 53).

As stated in that Notice, County Defendants request an order sealing certain documents from public view as well as the Court's permission to file redacted documents in the Court's public

---

County Defendants' Request to Seal
Documents Previously Filed in the
Court's Public Records, *et al.*

1

U.S.D.C. No. 2:14-CV-02730-JAM-CMK

records, omitting all personal identifying information. The documents and information for which such relief is sought are as follows:

1. Docket Number 37 at page 7, and Docket Number 47 at p. 96: Probable Cause Declaration which contains, *inter alia*, Plaintiff's date of birth, place of birth, home address, social security number, and driver's license number. Plaintiff has not objected to the public filing of this document after the fact. The Court took judicial notice of this document in its "Order Granting in Part and Denying in Part State Defendants' Motion to Dismiss and Granting in Part and Denying in Part County Defendants' Motion to Dismiss," entered on July 20, 2015, as Docket No. 45, at page 7. (Copies of these documents are attached hereto as Attachment 1.)

2. Docket Number 47 at page 86: Shasta County Sheriff's Office report listing personal information of the victim, including residential addresses and telephone number, date of birth, and social security number. (A copy of this document is attached hereto as Attachment 2.)

3. Docket Number 47 at page 90: Tehama County Sheriff's Office Miscellaneous Incidents report listing the Plaintiff's and witnesses' dates of birth, residential addresses and/or telephone numbers. (A copy of this document is attached hereto as Attachment 3.)

It has just come to the attention of County Defendants that the specified documents contained this personal identifying information which should not be disclosed in the Court's public records. While County Defendants request the personal identifying information be removed from the Court's public records, they do not request that such information be withheld from the parties to this action.

County Defendants believe that good cause supports their request to seal such information, and to file redacted versions of the documents, pursuant to Federal Rule of Civil Procedure 5.2 (public filings should not contain individuals' full social security numbers or dates of birth) and also because all of the personal identifying information specified above is traditionally withheld from

County Defendants' Request to Seal
Documents Previously Filed in the
Court's Public Records, *et al.*                                      U.S.D.C. No. 2:14-CV-02730-JAM-CMK
2

1 | public view because disclosure raises identity theft concerns. *See Kamakana v. City & Cnty. of*
2 | *Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (Sealing of a record is appropriate when it falls in a
3 | narrow range of documents not subject to the right of public access because the records have
4 | "traditionally been kept secret for important policy reasons [citation omitted].").
5 |     WHEREFORE, County Defendants respectfully request the Court to enter an order sealing
6 | the above-referenced documents pursuant to Civil Local Rule 141 and permitting them to file
7 | redacted versions of such documents which omit the personal identifying information.
8 |     Respectfully submitted,
9 | Dated: September 4, 2015                                KECK LAW OFFICES

By:     */s/ Anne L. Keck*
Anne L. Keck
Attorneys for Defendants the County of Tehama
and former Sheriff's Deputy Ed McCullough

County Defendants' Request to Seal
Documents Previously Filed in the
Court's Public Records, *et al.*                        U.S.D.C. No. 2:14-CV-02730-JAM-CMK

3

# [PROPOSED] ORDER

Pursuant to County Defendants' Request to Seal Documents Previously Filed in the Court's Public Records, and with good cause appearing,

IT IS HEREBY ORDERED that the following documents are sealed pursuant to Civil Local Rule 141, and shall be removed from the Court's public records:

1. Docket Number 37 at page 7, and Docket Number 47 at p. 96;
2. Docket Number 47 at page 86; and
3. Docket Number 47 at page 90.

IT IS HEREBY FURTHER ORDERED that County Defendants are permitted to file redacted versions of such documents which omit all personal identifying information outlined in their request. Such redacted documents should be filed within 10 days of entry of this order.

IT IS SO ORDERED.

Dated: September 8, 2015

HONORABLE JOHN A. MENDEZ
United States District Court