ERIC ALAN BERG (#121195)
RYAN BIRSS (#296316)
Berg & Associates
5000 Bechelli Lane, Suite 201
Redding, CA 96002
(530) 223-5100
(530) 223-5200 FAX

Attorneys for Plaintiff

KAMALA D. HARRIS (#146672)
Attorney General of California
ALBERTO L. GONZALEZ (#117605)
Supervising Deputy Attorney General
CATHERINE WOODBRIDGE GUESS (#186186)
Deputy Attorney General
1300 I Street, Suite 125
P. O. Box 944255
Sacramento, CA 94244-2550
(916) 445-8216
(916) 322-8288 FAX

Attorneys for Defendants California Highway
Patrol and Officer Fischer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW GARDNER, <br><br> Plaintiff, <br><br> -vs- <br><br> CALIFORNIA HIGHWAY PATROL, et al., <br><br> Defendants. | NO. 2:14-CV-02730-JAM-CMK <br><br> **VOLUNTARY JOINT STIPULATION FOR DISMISSAL OF SIXTH CAUSE OF ACTION FOR MALICIOUS PROSECUTION AND ORDER THEREON** <br><br> Complaint filed: 10-17-14 <br><br> Trial date: N/A |

Pursuant to the provisions of F.R.C.P. Rule 41, counsel for Plaintiff DREW

Gardner v. California Highway Patrol, et al., #2:14-cv-02730-JAM-CMK–Voluntary Joint Stipulaton for Dismissal of Sixth
Cause of Action, etc.; Order                                               -1-

GARDNER and counsel for Defendants CALIFORNIA HIGHWAY PATROL and OFFICE FISCHER, hereby stipulate to the dismissal of the Sixth Cause of Action of the Third Amended Complaint against Defendants CALIFORNIA HIGHWAY PATROL and OFFICER FISCHER.  Said parties respectfully request that this Court issue an Order of dismissal of said cause of action as to said Defendants.

DATED: November 10, 2015

/s/
_____
CATHERINE BURNS
Attorney for Plaintiff DREW GARDNER

DATED: November 10, 2015

/s/
_____
CATHERINE WOODBRIDGE GUESS
Attorney for Defendants CALIFORNIA
HIGHWAY PATROL and OFFICER
FISCHER

# ORDER DISMISSING SIXTH CAUSE OF ACTION

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Sixth Cause of Action for malicious prosecution in the Third Amended Complaint filed by Plaintiff DREW GARDNER against Defendants CALIFORNIA HIGHWAY PATROL and OFFICER FISCHERis hereby dismissed.

DATED: 11/10/2015

/s/ John A. Mendez
JUDGE OF THE UNITED STATES
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**

**Pursuant to Rule 5(b),** *Federal Rules of Civil Procedure*, **I   hereby declare**

Gardner v. California Highway Patrol, et al., #2:14-cv-02730-JAM-CMK–Voluntary Joint Stipulaton for Dismissal of Sixth Cause of Action, etc.; Order                -3-

1  that I am employed by the law office of Berg & Associates, at 5000 Bechelli Lane, Suite 201, Redding, in the County of Shasta, State of California, and
2  over the age of 18 years and not a party to the above-referenced action.

3  On this 10th day of November, 2015, I caused to be served on all interested parties, through their respective attorneys of record, in the above-referenced
4  matter, a true and correct copy of the following document:

5  **VOLUNTARY JOINT STIPULATION FOR DISMISSAL OF SIXTH CAUSE OF ACTION FOR MALICIOUS PROSECUTION AND ORDER**

6
   __x____by U.S. Mail by depositing same, in a sealed envelope upon which first
7  class postage was fully prepaid, with the United States Postal Service, at Redding, California, addressed as follows:

8
   _____by electronic service based on a court order or an agreement of the parties
9  to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed on the
10 service list below:

11 CATHERINE WOODBRIDGE GUESS
   Deputy Attorney General
12 P. O. Box 944255
   Sacramento, CA 94244-2550
13 CatherineWoodbridge@doj.ca.gov

14 GREGORY T. FAYARD
   Klinedinst PC
15 801 K Street, Suite 2100
   Sacramento, CA 95814
16 gfayard@klinedinstlaw.com

17

18 ANNE L. KECK
   Keck Law Offices
   418 B Street, Suite 206
19 Santa Rosa, CA 95401
   akeck@public-law.org
20
        I declare that I am employed in the office of a member of the Bar of this
21 Court at whose direction the service was made.

22      Executed this 10th day of November, 2015, at Redding, California.

23                  /s/_____

24

25

26

27

28
   Gardner v. California Highway Patrol, et al., #2:14-cv-02730-JAM-CMK–Voluntary Joint Stipulaton for Dismissal of Sixth
   Cause of Action, etc.; Order                    -4-