1   Natalie P. Vance, Bar No. 206708
Gregory T. Fayard, Bar No. 212930
2   KLINEDINST PC
801 K Street, Suite 2100
3   Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
4   gfayard@klinedinstlaw.com

5   Attorneys for Defendant
KENNETH MILLER

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

DREW GARDNER,                           Case No.     2:14-CV-02730-JAM-CMK
11
                    Plaintiff,          **DEFENDANT MILLER'S NOTICE OF**
12                                       **REQUEST TO SEAL DOCUMENT;**
        v.                               ~~[PROPOSED]~~ **ORDER RE SEALING AND**
13                                       **GOOD FAITH DETERMINATION**

CALIFORNIA HIGHWAY PATROL;
14   CALIFORNIA HIGHWAY PATROL           [No Hearing Required]
OFFICER J.J. FISHER; TEHAMA
15   COUNTY SHERIFF'S DEPARTMENT;        Judge: Honorable John A. Mendez
TEHAMA COUNTY SHERIFF'S
16   DEPARTMENT DEPUTY
INVESTIGATOR ED MCCULLOUGH;
17   KENNETH MILLER; and DOES 1
through 50,
18
                    Defendants.
19

20          TO THE HONORABLE JOHN A. MENDEZ, UNITED STATES DISTRICT

21   COURT JUDGE:

22          Defendant Kenneth Miller requests an order from the Court pursuant to Civil

23   Local Rule 141 to seal the Confidential Agreement and General Release between

24   Defendant Miller and Plaintiff Drew Gardner. Notice of the request to seal such records

25   has been filed in the Court's public records on December 9, 2015. (*see* Dkt. No. 87).

26          As stated in that Notice, Defendant Miller believes good cause supports his

27   request to seal the confidential settlement agreement entered into between he and

28   Plaintiff. *See Dowling v. Emadco Disposal Serv.,* 2011 U.S.Dist.LEXIS 53351 (E.D. Cal.

- 1 -

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

1    2011). Plaintiff initiated this lawsuit against Defendants in state court. The case was

2    removed to this Court. The lawsuit alleges only claims based on state law against

3    Defendant Miller. Defendant Miller completely denied liability and without admitting

4    liability,  resolved Plaintiff's claims against him as memorialized in a Confidential

5    Agreement and General Release. Assuring confidentiality in settlement was a key and

6    material term of the parties' confidential agreement and Defendant Miller would not have

7    agreed to the settlement without agreed to protections of confidentiality. Individuals have

8    a protectable privacy interest in their financial affairs. *Cobb v. Superior Court*, 99

9    Cal.App.3d 543, 550 (1979). Such privacy interests readily attach to confidential

10   settlement agreements, such as the one submitted to this Court in this case. *Hinshaw,*

11   *Winkler, Draa, Marsh & Still v. Superior Court*, 51 Cal.App.4th 233, 241 (1996).

12       Paragraph 4 of the agreement describes the confidential nature of the agreement.

13   Paragraph 7 of the agreement states the settlement requires a good faith determination by

14   this Court. Filed currently herewith is a good faith settlement stipulation signed by all

15   defendants, along with a proposed order. To order that the settlement is in good faith the

16   Court must see the agreement. To protect the confidentiality of the agreement, it must be

17   submitted to the Court under seal.

18       WHEREFORE, Defendant Miller respectfully requests the Court to enter an ordr

19   sealing the above-referenced document pursuant to Civil Local Rule 141.

20       Respectfully submitted,

21                   KLINEDINST PC

22   DATED: December 9, 2015        By:  */s/ Gregory T. Fayard*

23                   Gregory T. Fayard
                     Attorneys for Defendant

24                   KENNETH MILLER

25

26

27

28

- 2 -

## ORDER

Pursuant to Defendant Miller's previously filed Request to Seal Document, and with good cause appearing,

IT IS HEREBY ORDERED that the Confidential Agreement and General Release between Defendant Miller and Plaintiff Gardner is sealed.

IT IS FURTHER ORDERED, the Court having read and considered the good faith stipulation among the Defendants, and having reviewed the Confidential Agreement and General Release between Defendant Miller and Plaintiff Gardner, finds that:

1.     The settlement between Defendant Miller and Plaintiff was made in good faith; and,

2.     Defendant Miller is hereafter protected from equitable indemnity claims by other potential joint tortfeasors, including but not limited to the remaining Defendants in this action. All actual or potential claims for comparative, implied or equitable indemnity by any parties against Defendant Miller arising from the matters or damages asserted in this action are forever barred pursuant to California Code of Civil Procedure section 877.6.

IT IS SO ORDERED.

DATED: 12-10- 2015

Honorable John A. Mendez
UNITED STATES DISTRICT JUDGE

- 3 -

Natalie P. Vance, Bar No. 206708
Gregory T. Fayard, Bar No. 212930
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com
gfayard@klinedinstlaw.com

Attorneys for Defendant
KENNETH MILLER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW GARDNER,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL; CALIFORNIA HIGHWAY PATROL OFFICER J.J. FISHER; TEHAMA COUNTY SHERIFF'S DEPARTMENT DEPUTY INVESTIGATOR ED MCCULLOUGH; KENNETH MILLER; and DOES 1 through 50,<br><br>Defendants. | Case No.   2:14-CV-02730-JAM-CMK<br><br>**STIPULATION RE: GOOD FAITH DETERMINATION OF SETTLEMENT BETWEEN DEFENDANT MILLER AND PLAINTIFF**<br><br>**Courtroom:**   6, 14th Floor<br>**Judge:**   Hon. John A. Mendez<br>**Complaint Filed:** October 17, 2014<br>**Removed:**   November 19, 2014<br>**Trial Date:**   None |

Defendants stipulate as follows:

1. The operative complaint in this matter alleges Defendants Miller and Fischer negligently inflicted emotional distress on plaintiff, a claim both defendants deny.

2. The negligent infliction of emotional distress claim is a non-federal, supplemental state law claim brought under California common law.

3. The confidential settlement agreement between Defendant Miller and Plaintiff, a copy of which has been provided to all defense counsel, is in good faith within the "ball-park" guidelines established by the California Supreme Court in *Tech-Bilt, Inc. v. Woodward, Clyde & Assoc.* (1985) 39 Cal.3d 488, and pursuant to

- 1 -

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

California Code of Civil Procedure sections 877 and 877.6.

4. As a result, any alleged joint tortfeasor or co-obligor is hereby barred from seeking equitable comparative contribution or partial or comparative indemnity from Defendant Miller in this action or in any other action.

5. Defendant Miller will submit a copy of the settlement agreement to the Court under seal and/or by separate cover so as to preserve the confidentiality of the settlement agreement.

KLINEDINST PC

DATED: December  8, 2015          By:   */s/ Gregory T. Fayard*
                                         Gregory T. Fayard
                                         Attorneys for Defendant
                                         Kenneth Miller

                                  CALIFORNIA DEPARTMENT OF JUSTICE,
                                  OFFICE OF THE ATTORNEY GENERAL

DATED: December  8, 2015          By:   */s/ Catherine Woodbridge Guess*
                                         Catherine Woodbridge Guess
                                         Deputy Attorney General
                                         Attorneys for Defendants
                                         California Highway Patrol and California
                                         Highway Patrol Officer J.J. Fischer

                                  KECK LAW OFFICES

DATED: December 8, 2015           By:   */s/ Anne L. Keck*
                                         Anne L. Keck
                                         Attorneys for Defendant
                                         Tehama County Sheriff's Department
                                         Deputy Investigator Ed McCullough

STIPULATION RE: GOOD FAITH DETERMINATION OF
SETTLEMENT BETWEEN DEFENDANT MILLER AND PLAINTIFF
2:14-CV-02730-JAM-CMK

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814