Anne L. Keck, State Bar No. 136315
KECK LAW OFFICES
418 B Street, Suite 206
Santa Rosa, California 95401
Telephone: (707) 595-4185
Facsimile: (707) 657-7715
Email: akeck@public-law.org

Attorneys for Defendants the
COUNTY OF TEHAMA and Former
Tehama County Sheriff's Deputy
ED MCCULLOUGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW GARDNER, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, *et al*., <br><br> Defendants. | Case No. 2:14-CV-02730-JAM-CMK <br><br> **ORDER GRANTING STIPULATED JOINT MOTION FOR ENTRY OF ORDER VACATING CERTAIN INTERLOCUTORY ORDERS** |

Plaintiff Drew Gardner ("Plaintiff") and Defendant Ed McCullough, formerly a Tehama County Sheriff's Deputy ("Deputy McCullough"), submitted to this Court a Stipulated Joint Motion for Entry of Orders (1) Vacating Certain Interlocutory Orders, and (2) Extending Time to File Notice of Appeal (the "Joint Motion").  This order solely addresses the first request made in the Joint Motion for entry of an order to vacate certain interlocutory orders.

Upon review and consideration of the Joint Motion and the conditional settlement agreement discussed therein, as well as the Statements of Non-Opposition filed by all other parties in the action, and with good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Stipulated Joint Motion for Entry of Order Vacating Certain Interlocutory Orders is GRANTED based on the facts, authorities, and analysis set out in the Joint Motion.  Accordingly, pursuant to Federal Rule of Civil Procedure 54(b) as well as this Court's inherent authority to vacate its prior interlocutory orders, it is hereby ordered as follows:

1. The portions of the "Order Granting in Part and Denying in Part State Defendants' Motion to Dismiss and Granting in Part and Denying in Part County Defendants' Motion to Dismiss," entered on July 20, 2015, as Docket Number 45, at pages/lines 15:2 through 25:21, and 34:18 through 34:27, are hereby VACATED.

2. The entirety of the "Order Denying Defendant Ed McCullough's Motion for Summary Judgment," entered on November 17, 2015, as Docket Number 82, is hereby VACATED.

IT IS SO ORDERED.

Dated: 12/11/15        /s/ John A. Mendez
                       HONORABLE JOHN A. MENDEZ
                       United States District Court Judge