Anne L. Keck, State Bar No. 136315
KECK LAW OFFICES
418 B Street, Suite 206
Santa Rosa, California 95401
Telephone: (707) 595-4185
Facsimile: (707) 657-7715
Email: akeck@public-law.org

Attorneys for Defendants the
COUNTY OF TEHAMA and Former
Tehama County Sheriff's Deputy
ED MCCULLOUGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW GARDNER,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA HIGHWAY PATROL, *et al.*,<br><br>    Defendants. | Case No. 2:14-CV-02730-JAM-CMK<br><br>**ORDER GRANTING STIPULATED JOINT MOTION FOR ENTRY OF ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL** |

Plaintiff Drew Gardner ("Plaintiff") and Defendant Ed McCullough, formerly a Tehama County Sheriff's Deputy ("Deputy McCullough"), submitted to this Court a Stipulated Joint Motion for Entry of Orders (1) Vacating Certain Interlocutory Orders, and (2) Extending Time to File Notice of Appeal (the "Joint Motion").  This order solely addresses the second request made in the Joint Motion for entry of an order extending the time in which Deputy McCullough may file a notice of appeal regarding the denial of his qualified immunity defense in the "Order Denying Defendant Ed McCullough's Motion for Summary Judgment," entered on November 17, 2015 (Docket No. 82, hereinafter, the "MSJ Order").

Upon review and consideration of the Joint Motion, as well as the conditional settlement agreement discussed therein, and with good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Stipulated Joint Motion for Entry of Order Extending Time to File Notice of Appeal is GRANTED.  Accordingly, the time period in which Deputy McCullough may file a notice of appeal regarding the denial of his qualified immunity defense

1. contained in the MSJ Order (Docket No. 82) is extended through and including January 18, 2016,
2. pursuant to Federal Rule of Appellate Procedure 4(a)(5).
3. IT IS SO ORDERED.
4. Dated: 12/11/15                                               /s/ John A. Mendez
                                                                           HONORABLE JOHN A. MENDEZ
5.                                                                         United States District Court Judge