1   KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2   ALBERTO L. GONZALEZ , State Bar No. 117605
    Supervising Deputy Attorney General
3   CATHERINE WOODBRIDGE GUESS, State Bar No. 186186
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone:  (916) 445-8216
6     Fax:  (916) 322-8288
      E-mail:  Catherine.Woodbridge@doj.ca.gov
7   *Attorneys for Defendants*
    *California Highway Patrol and Officer Fischer*

8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| 13 | | |
|---|---|---|
| 14 | **DREW GARDNER,** | 2:14-cv-02730-JAM-CMK |
| 15 | Plaintiff, | **STIPULATION AND ORDER RE: GOOD FAITH SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS CALIFORNIA HIGHWAY PATROL AND OFFICER FISCHER** |
| 16 | v. | |
| 17 | **CALIFORNIA HIGHWAY PATROL, et al.,** | |
| 18 | | |
| 19 | Defendants. | |

20          Defendants stipulate as follows:

21          1.     The operative complaint, the Third Amended Complaint (Docket No. 52), alleges

22   against Defendants California Highway Patrol (CHP) and Officer Fischer several causes of action

23   as follows: violation of 42 U.S.C. § 1983 – Fourteenth Amendment due process violation for

24   deprivation of liberty against Officer Fischer; intentional infliction of emotional distress against

25   CHP and Officer Fischer; negligent infliction of emotional distress against Officer Fischer; false

26   imprisonment against CHP and Officer Fischer, and malicious prosecution against CHP and

27   Officer Fischer.  Plaintiff dismissed his sixth causes of action for malicious prosecution against

28   / / /

                                        1

CHP and Officer Fischer. Docket No. 80.  Defendants CHP and Officer Fischer deny all claims against them.

2.     The claims of intentional infliction of emotional distress, negligent infliction of emotional distress, and false imprisonment are non-federal, state law supplemental claims brought under California law.

3.     A settlement was reached between Defendants CHP and Officer Fischer and Plaintiff Drew Gardner, a copy of which has been provided to all defense counsel.  As a result, any alleged joint tortfeasor or co-obligor is hereby barred from seeking equitable comparative contribution or partial or comparative indemnity from Defendants CHP and Officer Fischer in this action or in any other action.

4. Defendants CHP and Officer Fischer will submit a copy of the settlement agreement to the Court.

Dated:  December 14, 2015                              Respectfully submitted,

                                                      KAMALA D. HARRIS
                                                      Attorney General of California
                                                      ALBERTO L. GONZALEZ
                                                      Supervising Deputy Attorney General

                                                      */s/ Catherine Woodbridge Guess*

                                                      CATHERINE WOODBRIDGE GUESS
                                                      Deputy Attorney General
                                                      *Attorneys for Defendants*
                                                      *California Highway Patrol*

Dated:

                                    */s/ Anne L. Keck*_____
                                    ANNE L. KECK
                                    Keck Law Offices
                                    Attorney for Defendant McCullough

Dated:

                                    */s/ Gregory T. Fayard*_____
                                    GREGORY T. FAYARD
                                    Klinedinst PC
                                    Attorney for Defendant Miller

2

1

## <u>ORDER</u>

2       1. The settlement between Defendants CHP and Officer Fischer and Plaintiff was made in

3   good faith; and,

4       2. Defendants CHP and Officer Fischer are hereafter protected from equitable indemnity

5   claims by other potential joint tortfeasors, including but not limited to the remaining defendants in

6   this action. All actual or potential claims for comparative, implied or equitable indemnity by any

7   parties against Defendants CHP and Officer Fischer arising from the matters or damages asserted

8   in this action are forever barred pursuant to California Code of Civil Procedure § 877.6.

9       IT IS SO ORDERED.

10       DATED: 12/14/2015

11

12             /s/ John A. Mendez_____
          Honorable John A. Mendez

13             UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   SA2014119138
32310755.doc