ERIC A. BERG (#121195)
RYAN BIRSS (#296316)
CATHERINE BURNS (#88735)
Berg & Associates
5000 Bechelli Lane, Suite 201
Redding, CA 96002
Telephone: (530) 223-5100
Facsimile: (530) 223-5200
E-Mail: cburns@bergslaw.com

Attorneys for Plaintiff DREW GARDNER

**FILED**

JAN 07 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW GARDNER,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>    Defendants. | Case Number 2:14-CV-02730-JAM-CMK<br><br>STIPULATED REQUEST FOR DISMISSAL OF ACTION AGAINST DEFENDANTS, COUNTY OF TEHAMA, ED McCULLOUGH, and KENNETH MILLER WITH PREJUDICE AND [proposed] ORDER THEREON<br><br>Complaint Filed: 11-19-14<br><br>Trial Date: N/A |

IT IS HEREBY STIPULATED by and between Plaintiff DREW GARDNER and Defendants COUNTY OF TEHAMA, ED McCULLOUGH, and KENNETH MILLER, by and through their respective counsel of record, that the above-captioned action (and all claims for relief contained therein) shall be dismissed with prejudice as to such Defendants and all Doe Defendants who are officials, employees, agents and/or representatives of such Defendants. See Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed). All of the parties to this stipulation shall bear their own costs and attorneys' fees.

IT IS HEREBY SO AGREED.

Dated: January 5, 2016

BERG & ASSOCIATES

By:   /s/Catherine Burns

CATHERINE BURNS
Attorney for Plaintiff

Dated: January 5, 2016

By:   /s/ Gregory T. Fayard

GREGORY T. FAYARD
Attorneys for Defendant
KENNETH MILLER

Dated:  January 5, 2016   By:   /s/ Anne L. Keck

ANNE L. KECK
Keck Law Offices
Attorneys for Defendants
COUNTY OF TEHAMA,
ED McCULLOUGH

[PROPOSED] ORDER

IT IS HEREBY ORDERED that as to Defendants COUNTY OF TEHAMA, ED McCULLOUGH, and KENNETH MILLER (and all Doe Defendants who are officials, employees, agents and/or representatives of such Defendants), the complaint and all claims for relief in the above-captioned action against such Defendants are hereby dismissed with prejudice. Plaintiff and all of these Defendants shall bear their own costs and attorneys' fees.

DATED: 1-7-2016

HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE