1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  ALBERTO L. GONZALEZ, State Bar No. 117605
   Supervising Deputy Attorney General
3  CATHERINE WOODBRIDGE GUESS, State Bar No.
   186186
4  Deputy Attorney General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 445-8216
    Fax: (916) 322-8288
7   E-mail: Catherine.Woodbridge@doj.ca.gov
   *Attorneys for Defendants California Highway Patrol*
8  *and Officer Fischer*

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13
   | **DREW GARDNER,** | 2:14-cv-02730-JAM-CMK |
14 |                   |                        |
   |          Plaintiff, | **STIPULATION AND ORDER FOR** |
15 |                   | **DISMISSAL WITH PREJUDICE**   |
   |   v.              |                        |
16 |                   |                        |
17 | **CALIFORNIA HIGHWAY PATROL, et al.,** | |
18 |                   |                        |
   |        Defendants. |                        |
19

20

21     **THE PARTIES TO THIS ACTION**, by and through their respective attorneys of record,

22  and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration

23  of a negotiated settlement in which no liability is admitted, to the Dismissal With Prejudice of this

24  action, including all claims stated herein against Defendants California Highway Patrol and

25  Officer Fischer, with each party to bear their own attorney's fees and costs.

26     **THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between Plaintiff and

27  Defendants that this action is dismissed with prejudice and that the material allegations of the

28  Second Amended Complaint are withdrawn in full by Plaintiff.

                                           1

1   **IT IS SO STIPULATED.**

2   Dated:  December 3, 2015                    Respectfully submitted,

3                                               KAMALA D. HARRIS
                                                Attorney General of California
4                                               ALBERTO L. GONZALEZ
                                                Supervising Deputy Attorney General
5

6

7                                               CATHERINE WOODBRIDGE GUESS
                                                Deputy Attorney General
8                                               *Attorneys for Defendants California
                                                Highway Patrol and Officer Fischer*
9

10  Dated:  October 20, 2015                    THE BERG LAW FIRM

11

12                                              By: _____
                                                   CATHERINE BURNS
13                                                 *Attorney for Plaintiff*

14                              **ORDER**

15      The stipulation is approved.  The entire action, including all claims and counterclaims

16  stated herein against all Defendants California Highway Patrol and Officer Fischer, is hereby

17  dismissed with prejudice.

18  **IT IS SO ORDERED.**

19  Dated:  1/19/2016
                                                /s/ John A. Mendez_____
20                                              JOHN MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE

2